# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER, | No. 2:18-CV-2480-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| R. GRIDER, et al., | |
| Defendants. | |

On September 12, 2018, in Case No. 2:15-cv-248 TLN AC, Baker v. Macomber, Magistrate Judge Allison Claire directed plaintiff to file a new civil rights complaint within 30 days in order to proceed with his new claims against new defendants, which were referenced in plaintiff's document titled "Requesting Leave to File an Emergency 42 U.S.C. § 1983 Complaint & Case Status Update." (Docket Nos. 1-2 in Case No. 2:18-cv-2480 WBS DMC.) Judge Claire also directed the Clerk of Court to open a new case entitled Timothy Ray Baker v. Correctional Officer R. Grider et al. and assign a new case number and magistrate judge. The Clerk's Office opened a new case on behalf of plaintiff, and plaintiff sought and was given an extension of time to file the complaint and apply for leave to proceed in forma pauperis. (Docket No. 6.)

On January 17, 2019, Magistrate Judge Dennis M. Cota filed findings and recommendations which were served on the parties and which contained notice that the parties may file objections within the time specified therein. (Docket No. 9.) No objections to the

1

findings and recommendations have been filed.

The court has independently reviewed the file in this case, including the Magistrate Judge's findings and recommendations. Notably, while plaintiff was granted leave to file a Section 1983 complaint and was granted an extension to do so (and has filed other documents in this case), plaintiff still has not filed any complaint in this case.[1] As there is no operative complaint, there is nothing to dismiss.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to close this file. This closure is without prejudice to plaintiff raising his claims in another case, should plaintiff so choose.

Dated: April 8, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has also not filed an application to proceed in forma pauperis, as ordered by Judge Claire and Judge Cota.