IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER, | No. 2:18-CV-2480-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| R. GRIDER, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment was entered on April 8, 2019. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 10, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed January 10, 2024, ECF No. 14, are adopted in full.

2. Plaintiff's motion to re-open, ECF No. 12, is DENIED.

Dated: February 16, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE