IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>R. GRIDER, et al.,<br><br>    Defendants. | No. 2:18-CV-2480-WBS-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment was entered on April 8, 2019. Pending before the Court in this closed case is Plaintiff's motion, ECF No. 16, which is construed as objections to the Court's January 10, 2024, findings and recommendations.

As objections, Plaintiff's filing is late. Objections to the January 10, 2024, findings and recommendations were due within 14 days of the date of issuance thereof. As of that deadline, Plaintiff had not filed objections and the District Judge adopted the findings and recommendations in full on February 20, 2024. Plaintiff's current filing is untimely and will be stricken.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion, ECF No. 16, is construed as late-filed objections to the Court's January 10, 2024, findings and recommendations and, so construed, is STRICKEN.

2. The Clerk of the Court is directed to terminate ECF No. 16 as a pending motion.

Dated:  February 22, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE